```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 29948
   YASMIN L FARR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1702

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/12/2004 and was confirmed 10/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/14/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED          7725.00        1119.41        7725.00
AMERICREDIT FINANCIAL SV  UNSECURED        7164.72            .00         716.47
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00             .00
BRONSON PARTNER INC       UNSECURED        NOT FILED         .00             .00
COLUMBIA HOUSE            UNSECURED        NOT FILED         .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00             .00
ROUNDUP FUNDING LLC       UNSECURED         872.87           .00           87.29
FST PREMIER               UNSECURED        NOT FILED         .00             .00
FITNESS QUEST             UNSECURED        NOT FILED         .00             .00
ONE INSTA CHECK PLAZA     UNSECURED        NOT FILED         .00             .00
MARLINIT                  UNSECURED        NOT FILED         .00             .00
MARSHALL FIELDS           UNSECURED        NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00           .00             .00
AT & T BANKRUPCTY         UNSECURED         438.69           .00           43.87
SPRINTCOM INC             UNSECURED        NOT FILED         .00             .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY      NOT FILED         .00             .00
DAVID M SIEGEL            DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         755.45
DEBTOR REFUND             REFUND                                          752.51

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE         13,900.00

PRIORITY                                    .00
SECURED                                7,725.00
   INTEREST                            1,119.41
UNSECURED                                847.63
ADMINISTRATIVE                         2,700.00
TRUSTEE COMPENSATION                     755.45

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 29948 YASMIN L FARR
```

```
DEBTOR REFUND                                                       752.51
                                         ---------------    ---------------
TOTALS                                         13,900.00          13,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |